# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JASON JOSEPH** and **KRISTINA JOSEPH,**
Appellants,

v.

**U.S. ROF III LEGAL TRUST 2015-1, BY U.S. BANK, NATIONAL ASSOCIATION,** as Legal Trustee,
Appellee.

No. 4D18-380

[January 31, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Judge; L.T. Case No. CACE 11-027962.

Jonathan Kline of Jonathan Kline, P.A., Weston, for appellants.

Ileen J. Cantor and Ronald M. Gaché of Shapiro, Fishman & Gaché, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***